IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ESTATE OF MATTIE DAVIS, ET AL.,                             PLAINTIFFS,

VS.                             CIVIL ACTION NO. 4:05CV122-P-B

MAGNOLIA HEALTHCARE, INC., ET AL.,                       DEFENDANTS

AND

GULF UNDERWRITERS INSURANCE COMPANY,     DEFENDANT/GARNISHEE.

CONSOLIDATED WITH

TOMMIE ROBERTS,                                        PLAINTIFF,

VS.                             CIVIL ACTION NO. 4:05CV149-P-B

MAGNOLIA HEALTHCARE, INC., ET AL,                         DEFENDANT

AND

GULF UNDERWRITERS INSURANCE COMPANY,     DEFENDANT/GARNISHEE.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Gulf Underwriters Insurance Company's Motion for Summary Judgment [31] is **GRANTED**; and

(2) Plaintiffs' cross-Motion for Summary Judgment [46] is **DENIED**; therefore,

(3) All of the plaintiffs' claims against Gulf Underwriters Insurance Company are hereby **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 14th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE